UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GULFPORT ENERGY CORPORATION     Case #2:14-CV-2571-GLF

        Plaintiff,     **Judge Gregory L. Frost**
        Magistrate Judge Elizabeth P. Deavers

v.

EARL N. SAYRE
        Defendant.

Sara L. Cunningham (91411)
Paula K. Manis (88925)
Loomis, Ewert, Parsley, Davis & Gotting, P.C.
124 West Allegan, Suite 700
Lansing, MI  48933
(517) 482-2400
Attorneys for Plaintiff

### DEFAULT JUDGMENT

The Defendant, Earl N. Sayre, having failed to plead or otherwise defend in this action, and default having heretofore been entered pursuant to Rule 55(a); upon motion of Plaintiff, Gulfport Energy Corporation, and the Court being otherwise informed in the premises;

It is hereby ORDERED and ADJUDGED that

1.    The Order for Payment associated with that certain Oil and Gas Lease, dated February 26, 2011, from Defendant Earl N. Sayre, to Tri-Star Energy Holdings, Inc., a Pennsylvania corporation ("Proposed Lease") is rescinded insofar as it pertains to Defendant;

**EXHIBIT 4**

2. The Proposed Lease is hereby declared void and of no effect *ab initio*, insofar as it covers Parcel ID Nos. 09-0000234.000 and 09-0000235.000 owned by Defendant; and

3. Plaintiff Gulfport Energy Corporation shall recover of the Defendant Earl N. Sayre the sum of $244,720, plus $400 in costs, $4,223.10 in prejudgment interest, and interest according to law from the date of this judgment until satisfaction.

This Judgment resolves the last pending matter, and closes this case.

/s/ GREGORY L. FROST
Hon. Gregory L. Frost

**EXHIBIT 4**